

**ORDERED in the Southern District of Florida on November 8, 2011.**

Robert A. Mark, Judge
United States Bankruptcy Court

_____

IN THE UNITED STATES BANKRUPTCY COURT
IN AND FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                         CASE NO. 10-26989-RAM

    Harvey Hernandez,                              CHAPTER 7

    Debtor,
_____/

ORDER GRANTING
MOTION TO WAIVE DISCHARGE OF DEBTOR HARVEY HERNANDEZ (DE#334)

    This matter came on before the Court on November 3rd, 2011 at 10:30 a.m., for hearing on the Debtor's, Harvey Hernandez, Motion To Waive Discharge ("Motion") [DE#334], and the Court, being familiar with the record, and noting the consent to waiver by Debtor, noting no opposition by any creditor or party-in-interest, and being otherwise duly-advised in the premises, does hereby

    ORDER and ADJUDGE that:

1. The Motion is GRANTED, and the Debtor's, Harvey Hernandez's, written waiver of discharge is approved pursuant to 11 U.S.C. § 727(a)(10).
2. The Debtor, Harvey Hernandez, shall not be discharged in this case.
3. The Clerk of the Court is directed to docket the entry of this order in the main bankruptcy case, Case No. 10-26989-RAM and Adversary Cases No.'d 11-0214-RAM; and, 11-02015-RAM.
4. The Debtor's last known address is 530 Valencia Avenue, #1 Coral Gables FL 33134.
5. The Court reserves jurisdiction to enter any further Orders or take any other actions that may be necessary in connection with this matter.

###

Submitted by:

James B. Miller, Esq.

Copies to (via ecf in pdf format):

- Michael S Budwick    mbudwick@melandrussin.com, ltannenbaum@melandrussin.com;mrbnefs@yahoo.com
- Ileana Espinosa Christianson    ileana.christianson@gray-robinson.com, jceide@gray-robinson.com;lnegron@gray-robinson.com;ileana.christianson@gray-robinson.com
- Stephen P. Drobny    sdrobny@shutts.com, mvandenbosch@shutts.com
- Daniel N Gonzalez    dgonzalez@melandrussin.com, ltannenbaum@melandrussin.com;mrbnefs@yahoo.com
- Soneet Kapila    trustee@kapilaco.com, FL68@ecfcbis.com
- Harris J. Koroglu    hkoroglu@shutts.com, jgoodwin@shutts.com
- Jerry M Markowitz    jmarkowitz@mrthlaw.com, gruiz@mrthlaw.com;msalazar@mrthlaw.com;rrubio@mrthlaw.com;ycandia@mrthlaw.com;joyecf@mdrtlaw.com;mrthbkc@gmail.com
- James B Miller    bkcmiami@gmail.com

- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov

- Luis Salazar    luis.salazar@izhmlaw.com, linda.jackson@InfanteZumpano.com;araceli.aguilar@InfanteZumpano.com;karina.dominguez@InfanteZumpano.com;kevin.cabrera@InfanteZumpano.com;ariana.amar@InfanteZumpano.com

- Robert A. Schatzman    robert.schatzman@gray-robinson.com, marilyn.rivera@gray-robinson.com;lisa.negron@gray-robinson.com

- Peter D Spindel    peterspindel@gmail.com

(The **Clerk of the Court** shall serve a conformed copy of this Order upon all interested parties and creditors)