United States Bankruptcy Court
Southern District of Florida

Briarrose Invest, Ltd.,
Plaintiff

Adv. Proc. No. 11-02014-RAM

Hernandez,
Defendant

# CERTIFICATE OF NOTICE

District/off: 113C-1 User: oriol-ben Page 1 of 2 Date Rcvd: Nov 09, 2011
Form ID: pdf004 Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 11, 2011.

pla +Briarrose Invest, Ltd., C/O Juan Martinez, Esq., GrayRobinson, P.A., 1221 Brickell Avenue - Ste. 1600, Miami, Fl 33131-3247

dft +Harvey Hernandez, 5140 Riviera Drive, Coral Gables, FL 33146-2739

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

ust +E-mail/Text: USTPRegion21.MM.ECF@usdoj.gov Nov 10 2011 07:07:59 Office of the US Trustee, 51 S.W. 1st Ave., Suite 1204, Miami, FL 33130-1614

TOTAL: 1

***** BYPASSED RECIPIENTS *****

NONE. TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 11, 2011** **Signature:** Joseph Speetjens

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 9, 2011 at the address(es) listed below:

Ileana Espinosa Christianson on behalf of Plaintiff Briarrose Invest, Ltd. ileana.christianson@gray-robinson.com, jceide@gray-robinson.com;lnegron@gray-robinson.com;ileana.christianson@gray-robinson.com

James B Miller on behalf of Defendant Harvey Hernandez bkcmiami@gmail.com

TOTAL: 2




**ORDERED in the Southern District of Florida on November 8, 2011.**

**Robert A. Mark, Judge**
**United States Bankruptcy Court**

---

IN THE UNITED STATES BANKRUPTCY COURT
IN AND FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re: CASE NO. 10-26989-RAM

Harvey Hernandez, CHAPTER 7

Debtor,
_________________________________/

ORDER GRANTING
MOTION TO WAIVE DISCHARGE OF DEBTOR HARVEY HERNANDEZ (DE#334)

This matter came on before the Court on November 3rd, 2011 at 10:30 a.m., for hearing on the Debtor's, Harvey Hernandez, Motion To Waive Discharge ("Motion") [DE#334], and the Court, being familiar with the record, and noting the consent to waiver by Debtor, noting no opposition by any creditor or party-in-interest, and being otherwise duly-advised in the premises, does hereby

ORDER and ADJUDGE that:

1. The Motion is GRANTED, and the Debtor's, Harvey Hernandez's, written waiver of discharge is approved pursuant to 11 U.S.C. § 727(a)(10).
2. The Debtor, Harvey Hernandez, shall not be discharged in this case.
3. The Clerk of the Court is directed to docket the entry of this order in the main bankruptcy case, Case No. 10-26989-RAM and Adversary Cases No.'d 11-0214-RAM; and, 11-02015-RAM.
4. The Debtor's last known address is 530 Valencia Avenue, #1 Coral Gables FL 33134.
5. The Court reserves jurisdiction to enter any further Orders or take any other actions that may be necessary in connection with this matter.

###

Submitted by:

James B. Miller, Esq.

Copies to (via ecf in pdf format):

- Michael S Budwick mbudwick@melandrussin.com, ltannenbaum@melandrussin.com;mrbnefs@yahoo.com
- Ileana Espinosa Christianson ileana.christianson@gray-robinson.com, jceide@gray-robinson.com;lnegron@gray-robinson.com;ileana.christianson@gray-robinson.com
- Stephen P. Drobny sdrobny@shutts.com, mvandenbosch@shutts.com
- Daniel N Gonzalez dgonzalez@melandrussin.com, ltannenbaum@melandrussin.com;mrbnefs@yahoo.com
- Soneet Kapila trustee@kapilaco.com, FL68@ecfcbis.com
- Harris J. Koroglu hkoroglu@shutts.com, jgoodwin@shutts.com
- Jerry M Markowitz jmarkowitz@mrthlaw.com, gruiz@mrthlaw.com;msalazar@mrthlaw.com;rrubio@mrthlaw.com;ycandia@mrthlaw.com;joyecf@mdrtlaw.com;mrthbkc@gmail.com
- James B Miller bkcmiami@gmail.com

- Office of the US Trustee USTPRegion21.MM.ECF@usdoj.gov
- Luis Salazar luis.salazar@izhmlaw.com, linda.jackson@InfanteZumpano.com;araceli.aguilar@InfanteZumpano.com;karina.dominguez@InfanteZumpano.com;kevin.cabrera@InfanteZumpano.com;ariana.amar@InfanteZumpano.com
- Robert A. Schatzman robert.schatzman@gray-robinson.com, marilyn.rivera@gray-robinson.com;lisa.negron@gray-robinson.com
- Peter D Spindel peterspindel@gmail.com

(The **Clerk of the Court** shall serve a conformed copy of this Order upon all interested parties and creditors)