United States Bankruptcy Court
Southern District of Florida

Briarrose Invest, Ltd.,
    Plaintiff

Adv. Proc. No. 11-02014-RAM

Hernandez,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 113C-1     User: oriol-ben     Page 1 of 2     Date Rcvd: Nov 09, 2011
Form ID: pdf005     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 11, 2011.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust        +E-mail/Text: USTPRegion21.MM.ECF@usdoj.gov Nov 10 2011 07:07:59     Office of the US Trustee,
       51 S.W. 1st Ave.,    Suite 1204,    Miami, FL 33130-1614
                                                                                                                     TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 11, 2011**                              **Signature:** _Joseph Speetjens_

```
District/off: 113C-1           User: oriol-ben              Page 2 of 2              Date Rcvd: Nov 09, 2011
                               Form ID: pdf005              Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 9, 2011 at the address(es) listed below:

        Ileana Espinosa Christianson    on behalf of Plaintiff    Briarrose Invest, Ltd. ileana.christianson@gray-robinson.com, jceide@gray-robinson.com;lnegron@gray-robinson.com;ileana.christianson@gray-robinson.com

        James B Miller    on behalf of Defendant Harvey Hernandez bkcmiami@gmail.com

        TOTAL: 2



**ORDERED in the Southern District of Florida on November 8, 2011.**

_____
**Robert A. Mark, Judge
United States Bankruptcy Court**
_____

UNITED STATES BANKRUPTCY COURT
IN AND FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| In re: | Case No. 10-26989-RAM |
| HARVEY HERNANDEZ, | Chapter 7 |
| Debtor.<br>_____/ | |
| BRIAROSE INVEST, LTD. | |
| Plaintiff, | Adv. No. 11-02014-RAM |
| -vs- | |
| HARVEY HERNANDEZ, | |
| Defendants.<br>_____/ | |

### ORDER DISMISSING-AS-MOOT:  ADVERSARY CASE

    This matter came on before the Court, *sua sponte*, on November 3rd, 2011 at 3:00 p.m., wherein a hearing was held in the Parent case in regards to Debtor's Waiver of

Discharge, and the Court, finding this matter moot as a result of the Waiver of Discharge, does hereby

    ORDER and ADJUDGE that:

    1.  The instant Adversary Proceeding is DISMISSED.

###

Submitted by:

    James B. Miller, Esq.

Copies to (via ecf in pdf format):

    James B. Miller, Esq.

    Juan Martinez, Esq.